# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Jeanette M. Jaques**

    Plaintiff

vs.                              **CASE NUMBER: 6:19-cv-795 (ML)**

**Andrew Saul**

    Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: remanding to the Commissioner for further administrative proceedings pursuant to fourth sentence of 42 U.S.C. §405(g).

All of the above pursuant to the order of the Honorable Judge Miroslav Lovric, dated the 24th day of August, 2020.

DATED: August 24, 2020

_____
Clerk of Court

_____
Deputy Clerk